**THE WAND LAW FIRM, P.C.**
Aubry Wand (SBN 281207)
100 Oceangate, Suite 1200
Long Beach, CA 90802
Telephone: (310) 590-4503
Email: awand@wandlawfirm.com

*Counsel for Plaintiff and the Settlement Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSUE GUTIERREZ, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ERICSSON INC., a corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 5:23-cv-01665-GW-SHKx<br><br>**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PAGA SETTLEMENT**<br><br>Date:　March 17, 2025<br>Time:　8:30 a.m.<br>Place:　Courtroom 9D<br>　　　　350 West 1st Street<br>　　　　Los Angeles, CA 90012 |

1  PLEASE TAKE NOTICE THAT on March 17, 2025 at 8:30 a.m., or as soon
2  thereafter as the matter may be heard, in the Courtroom of the Honorable George H.
3  Wu, of the United States District Court for the Central District of California, located
4  at 350 West 1st Street, Los Angeles, CA. 90012, Courtroom 9D, Plaintiff Josue
5  Gutierrez ("Plaintiff"), on behalf of himself and the settlement class, will move for
6  final approval of a class action settlement and approval of PAGA settlement reached
7  by the Parties.

8  This Motion is made following the conference of counsel pursuant to L.R. 7-3
9  which took place on February 20, 2025. Defendant Ericsson Inc. does not oppose
10 this Motion.

11 Plaintiff's Motion is based upon the accompanying memorandum of points
12 and authorities, the declarations and exhibits, and the proposed order and proposed
13 judgment submitted herewith. In addition to relying on these documents and Rule 23
14 of the Federal Rules of Civil Procedure, Plaintiff intends to rely on arguments of
15 counsel, and the complete pleadings and files in this action.

DATED: February 25, 2025         Respectfully submitted,

**THE WAND LAW FIRM, P.C.**

By: /s/ Aubry Wand
    Aubry Wand

*Counsel for Plaintiff and the Settlement Class*