UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 23-1665-GW-SHKx | Date | March 17, 2025 |
|---|---|---|---|
| Title | *Josue Gutierrez v. Ericsson Inc., et al.* | | |

Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

Aubry Wand                                            Sarah A. Gilbert

**PROCEEDINGS:** **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PAGA SETTLEMENT [62]; and PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS [61]**

The Court's Tentative Ruling on Plaintiff's Motions [61, 62], was issued on March 14, 2025 [66]. Court and counsel confer. Based on the Tentative Ruling, and for reasons stated on the record, Plaintiff's Motions are GRANTED. Plaintiff is to file a proposed judgment consistent with the Court's ruling forthwith.

:  07

Initials of Preparer   JG